DocuSign Envelope ID: BB0A856D-D064-4358-B264-3FE5187B6E6E



**PERFICIENT**®
vision. execution. value.

# Statement of Work
Prepared for:
DZS Inc.

Prepared By: Perficient, Inc.
Confidential. All rights reserved.

March 23, 2021

EXHIBIT B

DocuSign Envelope ID: BB0A856D-D064-4358-B264-3FE5187B6E6E

Perficient Statement of Work
Proprietary and Confidential

# Table of Contents

1.1   Background and Scope Overview ................................................................................. 3
1.2   Professional Services ................................................................................................. 4
2   Perficient and DZS Inc. Project Scope ........................................................................ 4
2.1   Perficient Scope – Phase 1 ........................................................................................ 4
2.2   DZS Inc. Scope ......................................................................................................... 4
2.3   Perficient Development Scope .................................................................................... 5
2.5   Excluded from Scope ................................................................................................. 7
3   Deliverables ................................................................................................................ 7
4   Assumptions ............................................................................................................... 9
5   Timeline and Pricing ................................................................................................... 11
5.1   Project Timeline ......................................................................................................... 11
5.2   Project Budget ........................................................................................................... 12
5.3   Resource Cost Breakdown .......................................................................................... 12
5.4   Work Location and Resources ..................................................................................... 13
5.5   Travel and Expenses ................................................................................................. 13
6   Change Control ........................................................................................................... 14
6.1   Change Control Policy ................................................................................................ 14
7   Invoicing Contact ........................................................................................................ 15
8   Accepted and Agreed .................................................................................................. 15
9   Appendix A ................................................................................................................. 16
9.1   Application Bill of Materials to be Implemented ........................................................... 16
9.2   Data Conversions Included ......................................................................................... 16
9.3   System Integrations Included ..................................................................................... 17
9.4   Approval Workflows and Account Generators Included .................................................. 17
9.5   External Document Creation Included .......................................................................... 17
9.6   General Functionality ................................................................................................. 18

DocuSign Envelope ID: BB0A856D-D064-4358-B264-3FE5187B6E6E

Perficient Statement of Work
Proprietary and Confidential

This Statement of Work (SOW) is entered into and effective on the date shown below between DZS Inc. (DZS Inc.) and PERFICIENT, INC. ("Perficient").  The parties agree that Perficient shall perform the Services in accordance with this Statement of Work and is subject to all of the terms and conditions of the Master Services Agreement effective March 22nd, 2021 (the "Master Services Agreement"). This Statement of Work is incorporated in and made a part of the Master Services Agreement identified above.  Should there be any inconsistencies between this Statement of Work and the Master Services Agreement, the Master Services Agreement shall govern unless this Statement of Work specifies the Section of the Master Services Agreement it intends to override.

| Customer Information: | | Contact Information | |
|---|---|---|---|
| Customer Name: | DZS Inc. | Customer Contact Name: | Darrin Whitney |
| Headquarters Address: | 5700        Tennyson Pkwy Ste 400 Plano, TX 75024 | Customer Contact Email: | darrin.whitney@dzsi.com |
| State of Formation: | Delaware | Perficient Contact Name: | Stace Hunt |
| Phone Number: | 469-327-1531 | Perficient Contact Email | Stace.hunt@perficient.com |

Overview

## 1.1  Background and Scope Overview

Perficient is pleased to present this SOW to DZS Inc. for the implementation of Oracle ERP and SCM applications (Oracle Cloud SaaS).  This SOW represents our understanding of the services to be provided which are summarized below.

- Migrate the existing customer's "On Prem" Oracle Solution (On Prem)") and to DZS Inc. instance of Oracle Cloud which will include the applications and components from Financials and Supply Chain Applications listed in Appendix A

- Convert master data, open transactions, and certain GL historical data from On Prem into Oracle Cloud SaaS solution using Oracle Pre-Defined FBDI templates listed in Appendix A

- Develop integrations between Oracle Cloud and 3rd party applications as defined in Appendix A of this SOW.

- Phase 1 (Florida) of this implementation will be a migration from Oracle 11.0.3 to Oracle's Modern ERP Cloud suite of applications as outlined in Appendix A. Perficient will leverage proven Best Practices Templates and Business Processes as accelerators. Customer agrees to use the product based on Oracle's Modern Best Practices with no customizations

  - Through Perficient's "Enablement" process, customer will be trained on Oracle Cloud modern processes and confirm acceptance thereof.

  - This phase must be completed prior to the start of the customer's 4th quarter black out for all system changes (SOX compliance)

- Phase 1a will consist of a parallel track to setup GL ledgers for basic journal entry and reporting functionality and Accounts Receivable to manage Intercompany billing in Germany.

DocuSign Envelope ID: BB0A856D-D064-4358-B264-3FE5187B6E6E

Perficient Statement of Work
Proprietary and Confidential

## 1.2 Professional Services

As detailed in the Project Scope section of this document, Perficient will provide the following services as part of this project:

- Project Management
- Enablement Training
- Application Configurations
- End User Training
- Integrations Development
- Data Conversions

## 2   PERFICIENT AND DZS INC. PROJECT SCOPE

### 2.1   Perficient Scope – Phase 1

**Functional and Technical Scope**
- Implementation of "General Functionality" as outlined in Appendix A
- Implementation of Oracle Subscribed Bill of Materials as outlined in Appendix A
- Design, build, test, and deploy Integrations as outlined in Appendix A
- Design, build, test, and deploy Data Conversions as outlined in Appendix A
- Design, build, test, and deploy External Documents as outlined in Appendix A
- Configure TEST, DEV and PROD environments best practice templates as a baseline, adjusting for customer exceptions.
- Advise and assist with data mapping into FBDI templates and webservices.
- Provide and Support Extract scripts from 11.0.3 for master and transactional data to be used in data conversions.

**Project Management, Training, Documentation, and Communications Scope**
- Project Planning in collaboration with customer.
- Plan and Manage Test Environment Refresh Schedules.
- Conduct weekly PMO status calls.
- Communication and Training Plans in collaboration with customer.
- Provide standard out of the box business processes and user enablement training to the SME's and end-users.
- Write functional and technical specifications for integrations included in Appendix A.
- Provide setup documentation for implemented applications in Appendix A.
- Provide knowledge transfer to SMEs for both functional and technical deliverables in the project.
- Run daily SCRUM in collaboration with customer.
- Provide enablement training on Cloud Reporting (OTBI).
- Provide enablement training to end users with SmartGuides.

### 2.2   DZS Inc. Scope

DZS Inc. is expected to gather the following business requirements listed below.  DZS Inc. will need to provide the following and support the following efforts necessary to a successful implementation:

- Chart of Accounts

DocuSign Envelope ID: BB0A856D-D064-4358-B264-3FE5187B6E6E

Perficient Statement of Work
Proprietary and Confidential

- o New modern chart structure with "Intercompany" and "Product" segments.
- o Structure, values, and hierarchies
- o Cross Validation Rules
- Financial Report structure, with COA mapping to Parent Values
- Mappings of Master Data from new to old.  New segments will be populated with 0's for historical data conversions.
- Obtaining all file formats from 3rd parties and other internal systems requiring integration.
- Data Conversion Files (extracts from legacy systems – Perficient will execute and or provide the scripts to DZS Inc.I for execution) and validation of conversions.
- o Master Data (as defined in Appendix A)
- o Open Transactions (as defined in Appendix A)
- o Tax Jurisdictions and Rates
- User Configurable data, (i.e.: EIN numbers, bank account numbers, payment terms)
- Provide Externally Facing Document layouts
- o Purchase Orders
- o AP Check
- o Electronic Formats
- o Customer Invoices
- o Pick Slip
- o Pack Slip
- Data with tax jurisdictions and rates
- Integration source system data mapping and on-going data extract processes to support integrations.
- External / 3rd Party negotiations
- Create Financial and OTBI Reports
- Reports Rationalization and mapping old to new reports.
- Provide access to Subject Matter Experts and business users who can assist with design and testing of the configured applications, integrations, and workflows.

## 2.3  Perficient Development Scope

Integrations as identified in Appendix A

## 2.4  Project Governance

**Project Sponsor**

DZS Inc. will provide a Project Sponsor. The sponsor endorses and directs the fiscal and decision support needs of the project, communicates the business direction, approves all change requests to project scope, schedule, and budget, and approves project deliverables and gain acceptance within organization.

The DZS Inc. Project Sponsor is responsible for ensuring resources are allocated to the project for the durations specified by the project plan. They will provide signature for acceptance certificates on phase-gate documentation.

**Project Management / PMO**

The Perficient Project Manager will be responsible for the day-to-day management of projects and delivery of objectives from initiation to delivery. The Perficient Project Manager will manage the scope, project risk assessment reviews, develop and track project plans and budgets, and provide project status updates. The Perficient Project Manager will also facilitate key collaboration of all strategic, analytical, and technical disciplines.

The DZS Inc. Project Manager along with the Perficient Project Manager designated for the project will lead the Project Management Office (PMO) that will consist of members from Perficient and

DocuSign Envelope ID: BB0A856D-D064-4358-B264-3FE5187B6E6E

DZS Inc. teams. The members of the Project Management Office are responsible for the direct planning, management and control of the project.

**Steering Committee**

The Steering Committee reviews project performance including current phase deliverables status, risk assessment, issues, budget vs. actual performance and schedule performance. The Steering Committee's goals also include removing obstacles from the path of the project. Recommended members of the Steering Committee are:

- Project Sponsor, DZS Inc.
- Senior Level Accounting Manager, DZS Inc.
- Senior Level IT Manager, DZS Inc.
- Program Manager, DZS Inc.
- General Manager, Perficient
- Managing Director, Perficient

DocuSign Envelope ID: BB0A856D-D064-4358-B264-3FE5187B6E6E

Perficient Statement of Work
Proprietary and Confidential

**Project Execution & Monitoring**

The Perficient Project Manager will produce the following deliverables as part of the project:

- Detailed Project Schedule (MS Project)
- Project Management Plan comprising of:
    - Risk Management Plan
    - Project Communication Plan
    - Issues Management Plan
    - Key Decision Recording / Reporting
    - Deployment Plan

- Conduct Weekly Project Meeting
- Weekly Project Status Reporting
- Action Items
- Issue Tracker
- Risk Register
- Key Decisions Log
- Perficient "CEMLI Tracker" (in Excel; to manage all development efforts)
- Monthly Project Budget vs. Actual Reporting

## 2.5 Excluded from Scope

The following ERP scope is excluded from this SOW:

- Historical data conversions for sub ledgers (closed activity)
- Any customizations or development not included in the identified integrations or conversions.
- Implementation of any modules not included in Appendix A
- Any functionality or configurations not supported by the purchased bill of materials.
- Creation of Custom Roles, Functions, or any custom security
- Product taxability rules
- Conversion of document attachments
- Data Cleansing for both Master Data and Transactional Data
- Change in Chart of Accounts from EBS
- Changes in Master Lookup Value Configurations that would impact conversions, including but not limited to supplier types, payment terms, carriers, item categories, transaction types.
- Creation of financial reports, BI Reports, OTBI Reports

## 3   DELIVERABLES

The following Deliverables (documentation) will be included in this engagement.

| Type | Deliverable | Frequency |
|---|---|---|
| **Project Management** | • **Project Plan**<br>• **Project Organization Chart (Teaming)**<br>• **Weekly activity Reports including the resource burn rate**<br>• **Risk and Issues Log** | **Maintained through the lifecycle of the project**<br><br>**Status reporting is provided weekly** |
| **Delivery** | • **Standard Modern Business Process Diagrams**<br>• Best Practice Configuration Templates | **Maintained through the lifecycle of the project** |

DocuSign Envelope ID: BB0A856D-D064-4358-B264-3FE5187B6E6E

Perficient Statement of Work
Proprietary and Confidential

| | | |
|---|---|---|
| | **• Application Configuration Documentation**<br>**• Solution Design Documents (Functional & Technical Specifications)**<br>**• Configured Test Environment(s) and Production Environments.**<br>**• Test Plans**<br>**• SmartGuides**<br>**• FBDI Templates for data loading**<br>**• Cutover Plan**<br>**• KT Documentation** | |

DocuSign Envelope ID: BB0A856D-D064-4358-B264-3FE5187B6E6E

Perficient Statement of Work
Proprietary and Confidential

## 4  ASSUMPTIONS

- Notwithstanding anything to the contrary herein or the Master Services Agreement, any third party−owned or Perficient-owned software and all modifications, updates, or derivatives thereof, as well as all use of or access to, and warranties, liabilities and indemnities related to same, will be subject to and governed by the terms and conditions of the separate license agreement between Customer and the respective licensor. Perficient hereby disclaims any responsibility or liability with respect to any third party−owned software. For clarity, the parties hereby acknowledge that such third party−owned or Perficient-owned software shall not be deemed a Deliverable or Work Product.
- DZS Inc. will support a train-the-trainer approach for Cloud ERP in which Perficient will train DZS Inc. business leads, "Super-Users", etc., who will be responsible for training the end user population.  In addition to this training which will be tailored to DZS Inc. 's configurations and business processes, Oracle's Instructor-Led Training and Learning Subscription courses can be scheduled using Oracle Learning Credits which can be purchased separately.
- DZS Inc. will subscribe to the planned Oracle Bill of Materials in Appendix A.
- DZS Inc. will subscribe to one additional test ERP environment to support the project. (In total there should be 3 environments: PROD, TEST, DEV-1)
- DZS Inc.  is expected to provide the following resources to support this project:
  - Subject Matter Experts, Leads, etc. (SMEs) to participate in training, prototyping, all phases of testing, and acceptance sign-offs.
  - Project Manager to work with Perficient's Project manager and help coordinate internal resources and monitor issues, escalations, etc.
  - Technical administrators (IT) such as Oracle and Microsoft developers to support data extracts for data conversions.
  - Technical subject matter experts for all external systems to support changes needed to facilitate integrations to/from Oracle Cloud
  - Executive sponsorship to support escalations and Steering Committees, Change Review boards, etc.
- The approach to this project is to implement standard, out-of-the-box functionality.
- Perficient project manager will manage a master task-level plan to include DZS Inc. and Perficient tasks, product and business process risk and lead weekly status meetings & steering committee meetings.
- DZS Inc. will review design document with Perficient consultants and provide written approval before the implementation phase.
- Three to five years of GL historical data will be loaded to all Cloud applications through mappings approved by DZS Inc.
- Subledger history will not be converted into the Cloud applications.
- DZS Inc. will provide data extracts from source systems per specifications by Perficient to be used for data conversions, and/or customer will provide Perficient access to execute extract scripts and perform other queries as necessary.
- DZS Inc. will reconcile and validate data once loaded into all cloud applications.
- DZS Inc. will provide subject matter experts related to all cloud applications listed in Appendix A.
- No changes to chart of accounts (COA) or other dimensions over the course of the project.
- DZS Inc. will designate a Functional / Technical administrator.
- Demand Planning will be implemented to leverage manually generated forecasts (using current toolset) to be loaded for the purposes of planning execution.
- Supply Planning will be implemented to generate unconstrained MRP plans for execution purposes.
- Procurement will be deployed to support Direct and Indirect procurement (without punchout to providers), utilizing Purchasing and Supplier Management Portal Cloud

DocuSign Envelope ID: BB0A856D-D064-4358-B264-3FE5187B6E6E

Perficient Statement of Work
Proprietary and Confidential

---

- Current EDI functionality between Purchasing and Vendors will be replaced with Supplier Management Portal Cloud
- Service and Support is limited to Service Contracts, Warranties, and Install Base
- Production Data Hub (PDH) will be implemented for Product Information Management (PIM) and will not support Engineering or Product Introduction
- Manufacturing is limited to discrete work orders (standard / non-standard) for production execution.
- Global MRP is assumed to have no greater than 5 organizations.
- External customer work orders only (no internal/maintenance).
- DZS Inc. understands that Oracle ERP/HCM Cloud is a SaaS platform and, as such, Oracle does not provide direct data access to the underlying database, therefore, all integrations that were previously tightly coupled with Oracle EBS will require redesign, and in some cases end user expectations need to be adjusted due to some of the new limitations of the integrations.
- Other master data hierarchies required to support business requirements, management reporting, and external reporting are currently well defined or will be defined before the start of each phase.
- DZS Inc. will send administrators to training to help maintain the application post implementation.
- Customer will provide all master data in its "rationalized form" for conversion.
- Customer will perform data reconciliations from extracts provided and after data is loaded into Oracle.
- Sales and use tax design will be performed during the Enablement Phase and Perficient will provide options and recommendations for using either standard Oracle Cloud Tax or a third party solution such as Vertex, Avalara or Thompson Reuters.  Third party solutions will be purchased separately. Phase 1 revenue management needs can be met by "Out of the box Accounts Receivable" functionality.

DocuSign Envelope ID: BB0A856D-D064-4358-B264-3FE5187B6E6E

Perficient Statement of Work
Proprietary and Confidential

## 5   TIMELINE AND PRICING

### 5.1   Project Timeline

As shown below, the expected timeline for this project is 5 months for the phases 1 and 1a of the project and not including post-production support (defined in the 'Background and Scope Overview' section).



DocuSign Envelope ID: BB0A856D-D064-4358-B264-3FE5187B6E6E

Perficient Statement of Work
Proprietary and Confidential

## 5.2   Project Budget

Perficient is providing DZS Inc. with a Time and Materials pricing structure for this engagement. This bid is based on the scope and assumptions define herein. Any events that cause changes to the project scope or timeline, will follow the Change Control Process as defined in this SOW.

The pricing by phase is provided below:

| Phase | Implementation |
|---|---|
| Phase 1 – Implementation | $1,412,438 |
| Discount 13.15% | $(185,736) |
| Total | $1,226,702 |

## 5.3   Resource Cost Breakdown

The breakdown of Project Budget by resource is listed below.  Perficient reserves the right to allocate time from resource to resource if such change stays within budget.

| Resource | Perficient Resources | Wk 1 3/8 | Wk 2 3/15 | Wk 3 3/22 | Wk 4 3/29 | Wk 5 4/5 | Wk 6 4/12 | Wk 7 4/19 | Wk 8 4/26 | Wk 9 5/3 | Wk 10 5/10 | Wk 11 5/17 | Wk 12 5/24 | Wk 13 5/31 | Wk 14 6/7 | Wk 15 6/14 | Wk 16 6/21 | Wk 17 6/28 | Wk 18 7/5 | Wk 19 7/12 | Wk 20 7/19 | Wk 21 7/26 | Hours | Rate | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Kent/Matt/Jeff B | Delivery Oversight (Director) | 8 | 15 | 15 | 15 | 15 | 15 | 15 | 15 | 15 | 15 | 15 | 15 | 15 | 15 | 15 | 15 | 15 | 15 | 15 | 15 | 15 | 308 | $225 | $69,300 |
| Hernan Randhawa | Project Manager | 31.5 | 43 | 40.5 | 40 | 40 | 40 | 40 | 40 | 40 | 40 | 40 | 40 | 40 | 40 | 40 | 40 | 40 | 40 | 40 | 40 | 40 | 835 | $200 | $167,000 |
| Greg Hyndman | Financials Solution Architect | 10 | 30 | 40 | 40 | 40 | | | | | | | | | | | | | | | | | 800 | $195 | $156,000 |
| Hollis Upchurch | Tax Solution Architect | | 5.75 | 10.25 | | | | | | | | | | | | | | | | | | | 16 | $195 | $3,120 |
| | Financials Consultants (Offshore) | | | | 40 | 40 | 120 | 120 | 120 | 120 | 120 | 120 | 120 | 120 | 120 | 120 | 120 | 120 | 120 | 120 | 120 | 120 | 2,040 | $39 | $79,560 |
| Anand Thakre | Service Contracts Solution Architect | | | | 40 | 40 | 40 | 40 | 40 | 40 | 40 | 40 | 40 | 40 | 40 | 40 | 40 | 40 | 40 | 40 | 40 | 40 | 760 | $195 | $148,200 |
| Ed Graham | MFG/OM/PIM Solution Architect | 30 | 29 | 24 | 24 | 24 | 24 | 23 | 40 | 40 | 40 | 40 | 40 | 40 | 40 | 40 | 40 | 40 | 40 | | | | 722 | $195 | $140,790 |
| Matt Fleishman | Manufacturing Solution Architect | 10 | 18 | 20 | 20 | 20 | 20 | 20 | 20 | 20 | 20 | | | | | | | | | | | | 228 | $195 | $44,460 |
| Gene Gysin | Order to Cash Solution Architect | 10 | 22 | 20 | 20 | 20 | 20 | 20 | 20 | | | | | | | | | | | | | | 192 | $195 | $37,440 |
| Orie Holly | Inventory/Costing | 11.75 | 17.25 | 30 | 30 | 30 | 30 | 9 | | | | | | | | | | | | | | | 178 | $180 | $32,040 |
| Jeff Bond | Procurement Planning Solution Architect | 10 | 20 | 40 | 40 | 40 | 40 | 40 | 40 | 40 | 40 | 40 | 40 | 40 | 40 | 40 | 40 | 40 | 40 | 40 | 40 | 40 | 790 | $195 | $154,050 |
| Rajesh Paul | Inventory/Costing (Offshore) | | | | | | 40 | 40 | 40 | 40 | 40 | 40 | 40 | 40 | 40 | 40 | 40 | 40 | | | | | 640 | $39 | $24,960 |
| | Supply Chain Consultants (Offshore) | | | | | | 40 | 40 | 40 | 40 | 40 | 40 | 40 | 40 | 40 | 40 | 40 | 40 | 40 | 40 | | | 640 | $39 | $24,960 |
| Amit Pandya | Technical Architect | 1.5 | 6 | 40.5 | 40 | 40 | 40 | 40 | 40 | 40 | 40 | 40 | 40 | 20 | 40 | 40 | 40 | 20 | 20 | 13 | 8 | | 766 | $180 | $138,240 |
| Latha Gadey | Developer Consultants (Onshore) | 0.5 | 17 | 20.5 | 20 | 20 | 20 | 40 | 40 | 40 | 40 | 40 | 40 | 20 | 40 | 40 | 40 | 20 | 20 | 13 | 8 | | 519 | $160 | $83,040 |
| | Developer Consultants (Offshore) | | | 80 | 80 | 80 | 160 | 160 | 160 | 160 | 160 | 160 | 160 | 160 | 160 | 160 | 160 | 160 | 161 | 161 | | | 2,802 | $39 | $109,278 |
| | Total Implementation | 123.25 | 223.00 | 461 | 449 | 449 | 689 | 659 | 687 | 695 | 675 | 675 | 655 | 635 | 635 | 635 | 635 | 635 | 629 | 624 | | | 12,238 | | $1,412,438 |

DocuSign Envelope ID: BB0A856D-D064-4358-B264-3FE5187B6E6E

Perficient Statement of Work
Proprietary and Confidential

## 5.4  Work Location and Resources
- Consulting engagement will be performed remotely during the early stages through completion of Enablement and then onsite at Company offices if Covid-19 restrictions allow.
- Company will provide Perficient consultants with access to: building and parking areas, dedicated conference room or cubicles, WIFI/LAN/VPN network, and telephone systems.
- Consultants working offsite will be provided with VPN access to the network to meet project Deliverables and schedule.
- The calendar duration presented in this statement of work is based upon standard 40-hour workweeks and does not take into account holidays, illness, or emergency leave. Perficient will use its best efforts to minimize absences over which it has control.

## 5.5  Travel and Expenses
Expenses for Perficient resources traveling to DZS Inc. locations will be billed separately and in addition to the Project Budget.  Based on the timeline and the location of the proposed Perficient resources, Perficient estimates travel expenses to be approximately 15% of the Project Budget.  Expenses will include:
- Auto mileage: Current standard IRS reimbursement rates apply
- Meals: Current standard IRS reimbursement rates apply
- Airfare, hotel, car rental, fuel, tolls, and parking:  Actual cost
- Expense Reimbursement to follow DZS Inc. guidelines

During the COVID-19 Pandemic, all travel must be pre-approved by Perficient and Customer and all reasonable safety precautions must be taken.

## 5.6  Payment
Client will be invoiced weekly in arrears for services performed and Client will pay to Perficient the amount invoiced, without set off or deduction, within fifteen (15) days from the date of invoice. Unless otherwise stated above, services are provided on an estimated time and materials basis.

## 5.7  Time Reporting

Perficient shall provide DZS Inc. with all time sheets associated with its Services and Deliverables on a weekly basis for DZS Inc.'s approval. Timesheet will be approved/disapproved by DZS Inc. within 2 business days from receipt.

DocuSign Envelope ID: BB0A856D-D064-4358-B264-3FE5187B6E6E

Perficient Statement of Work
Proprietary and Confidential

## 6   CHANGE CONTROL

### 6.1   Change Control Policy

A Change Request is defined as an event that changes the scope, timeline, and or cost estimate of the project.

DZS Inc. or Perficient may from time to time request, and the respective project managers or sponsors may mutually agree to, "Change Requests" that alter the scope, specification, design, application functionality, duration, or cost outlined in this SOW. DZS Inc. may request a change to the project (Change Request) that alters the scope, specification, design, application functionality, duration, or cost outlined in this SOW. Any such Change Requests shall be addressed through the provisions below:

- In the event the Company or Perficient desires to alter the scope of the Services to be provided by Perficient hereunder, Company and Perficient will document and approve such scope changes and cost implications in writing (a "Change Request").

- If a Change Request is needed, it will be submitted within 5 business days to DZS Inc. management which may include a formal Change Request Board which is a committee that reviews such requests. A delayed submission will not relieve DZS Inc. of the change request obligation. Perficient will be diligent and responsible to ensure that DZS Inc. understands: Purpose, Reason, and Cost of the Change Request; Perficient will be diligent and responsible to ensure that DZS Inc. understands: Purpose, Reason, and Cost of the Change Request.

- Perficient will estimate the additional effort and cost and provide that to DZS Inc. DZS Inc. will have the option of approving additional consulting hours or assigning the tasks to internal resources; DZS Inc. will have the option of approving additional consulting hours or assigning the tasks to internal resources.

- Perficient consultants will not commence any work that has not been authorized by a Change Request or SOW.

- Neither party shall be obligated to perform any duties under any Change Request that has not been duly authorized and executed by each of the parties. DZS Inc. may reject discretionary change requests. That is, change requests submitted by users for new or desires for changed functionality. Non-Discretionary change requests: those related to system outages or other events not in control of Perficient, will require approval within 5 business days.

Change Requests may be warranted due to unexpected system down time, change in system design, or other events that may be outside the original scope or out of Perficient's direct control.

Should DZS Inc. pause the project beyond 10 business days (excluding December Holiday season), Perficient may re-allocate resources. In this case, if new resources are required for DZS Inc., and /or due to the pause the project timeline is extended, an estimate of onboarding costs (no more than 40 hours per Perficient resource) and extensions will be provided to DZS Inc. for approval.

DocuSign Envelope ID: BB0A856D-D064-4358-B264-3FE5187B6E6E

Perficient Statement of Work
Proprietary and Confidential

## 7   INVOICING CONTACT

Perficient will submit monthly invoices according to the terms in Master Services Agreement. Perficient will submit invoices to the following Company contact:

| Darrin Whitney | Darrin.whitney@dzsi.com |
|---|---|
|  |  |
|  |  |
|  |  |
|  |  |

## 8   ACCEPTED AND AGREED

An authorized signature on this page by Company indicates its acceptance of this Statement of Work.

**Perficient, Inc.**

By: _____

Name: Stuart Massey

Title: General Manager

Date: 3/29/2021

**DZS Inc.**

By: _____

Name: Justin Ferguson

Title: Chief Legal Officer

Date: 3/29/2021

DocuSign Envelope ID: BB0A856D-D064-4358-B264-3FE5187B6E6E

Perficient Statement of Work
Proprietary and Confidential

# 9   APPENDIX A

### 9.1   Application Bill of Materials to be Implemented

DZS Inc. has or will subscribe to the following Oracle ERP, and SCM Cloud applications and related products prior to project start:

| Applications |
| --- |
| Cloud Fusion Financials (GL, AP, AR, CM, FA) |
| Oracle Fusion Procurement Cloud (Requisitioning, Purchase Orders, Supplier Portal) |
| Oracle Fusion Procurement Self Service Cloud (Requisitioning for Indirect Procurement) |
| Oracle Fusion Order Management Cloud (Sales Processing, Pricing) |
| Oracle Fusion Demand Management Cloud Service |
| Oracle Fusion Service Contracts Cloud Service (Service Contracts, Warranties, Install Base) |
| WebCenter / OCR for Payables |
| Oracle Fusion Supply Chain Execution Cloud (Inventory, Manufacturing, Costing, Quality, Cost Management) |
| Oracle Fusion Product Management Cloud (Items, BOMS, Routings) |
| Oracle Fusion Supply Planning Cloud (Global MRP Planning) |

### 9.2   Data Conversions Included

| Application | Entities |
| --- | --- |
| Accounts Payable | Active Suppliers, Open Invoice Balances, Supplier Banks via File Based Data Import (FBDI) |
| Accounts Receivable | Active Customers, Open Invoice Balances, Customer Banks via FBDI |
| General Ledger | Beginning Trial Balance, Monthly Net Activity for 2 years via FBDI |
| Fixed Assets | Assets as of Last Month End (Cost, Accumulated Depreciation), other required attributes via FBDI |
| Chart of Accounts | Loaded by Rapid Install |
| Purchasing | Open Purchase Orders and Purchase Order Lines, Catalogs |
| Inventory | On Hand Balances |
| Items | Items, Costs, Categories, BOM/Routings (Item Structures) |
| Manufacturing | Work Orders (not started) |
| Order Management | Price Lists, Open Sales Orders |

DocuSign Envelope ID: BB0A856D-D064-4358-B264-3FE5187B6E6E

Perficient Statement of Work
Proprietary and Confidential

## 9.3   System Integrations Included

| Data Entities | Source | Destination | Notes |
|---|---|---|---|
| Expense Reports | Oracle | ADP | Manual |
| Employees | Oracle | ADP | Manual |
| Stock Options | Oracle | Morgan Stanley | |
| Booked Orders, Shipments | Oracle | Shipping Solutions | CSV or XML Extract from Oracle |
| Orders | Salesforce | Oracle | Manual |
| Booked/Cancelled Orders | Oracle | Email to Planners | Bursted Daily Report |
| Commission Eligible Activity Report | Oracle | Excel | BI Report |
| Purchase Orders | Oracle | Vendors | Oracle Native EDI formats |
| Service Contracts | Intranet | Oracle | Oracle FBDI Format |
| RMAs | Intranet | Oracle | Oracle FBDI Format |
| Receipt Transactions | Vendors | Oracle | |
| Invoices | Concur | Oracle | Concur SAE Format Expected |
| AP Payments | Oracle | Bank | Automated via Oracle Cloud standard mechanisms |

## 9.4   Approval Workflows and Account Generators Included

| Module | Workflow |
|---|---|
| General Ledger | Journal Approvals |
| Accounts Payable | Invoice Approvals |
| Procurement | Purchase Order Approvals, Requisition Approvals |

## 9.5   External Document Creation Included

| Module | Template Type |
|---|---|
| Accounts Payable | Check Template |
| Accounts Payable | ACH Template |
| Procurement | Purchase Order Template |

DocuSign Envelope ID: BB0A856D-D064-4358-B264-3FE5187B6E6E

Perficient Statement of Work
Proprietary and Confidential

| | |
|---|---|
| Accounts Receivable | Customer Invoice Template |
| Order Management - Fulfillment | Pick Slip |
| Order Management - Fulfillment | Pack Slip |
| Order Management - Fulfillment | Bill of Lading |

## 9.6  General Functionality

Below are examples of functionality that are typically implemented but may not be all inclusive of what a particular customer would require.

| Module | Functions |
|---|---|
| General Ledger | Ledgers, Secondary Ledgers, Reporting Ledgers, Intercompany, Foreign Currency, Revaluation, Translation Consolidations CV Rules, Allocations, Budget Uploads, Associated Integrations |
| Accounts Payable | Invoices and Payments, Associated Integrations, Foreign Currency Payments, Recurring Invoices, Prepayments, Multi-Period Invoices SLA Rules |
| Accounts Receivable | Invoices, AutoInvoice, Receipts, Receipt Reversals, Adjustments, Credit Memos, Debit Memos, Deposits, Auto Apply, Intercompany Billing, Lockbox, Associated Integrations, SLA Rules |
| Procurement | Requisitions, Purchase Orders, Standard Approvals, Auto Creation, Supplier Portal, Receiving, SLA Rules |
| Inventory | Item Master, Transactions, Cycle Counting, Adjustments, Transfers, SLA Rules |
| Manufacturing | WIP, BOM, Routings, SLA Rules, Associated Integrations, Quality |

DocuSign Envelope ID: BB0A856D-D064-4358-B264-3FE5187B6E6E

Perficient Statement of Work
Proprietary and Confidential

| Costing | Standard Costing, Average Costing, Cost Adjustments, SLA Rules, Associated Integrations |
|---|---|
| Planning | Global MRP |
| Fixed Assets | CIP, Capital Additions, Cost Adjustments, Transfers, Retirements, Reinstatements, SLA Rules, Associated Integrations |
| Cash Management | Bank Statement Imports and Auto Reconciliation, Associated Integrations |
| Order Management | Standard Pricing, Standard Workflows, Generic CTO/ATO Models, Order Entry, Returns, Standard Picking, Standard Shipping, Associated Integrations |