DocuSign Envelope ID: C374CA56-23B4-4DBB-A8BC-406EF9CB66CC



# PERFICIENT

vision. execution. value.

# Statement of Work: **Change Request**
## Prepared for:
## DZS Inc.

Prepared By: Perficient, Inc.
Confidential. All rights reserved.

August 13, 2021

GROUP EXHIBIT C

DocuSign Envelope ID: C374CA56-23B4-4DBB-A8BC-406EF9CB66CC

Perficient Statement of Work
Proprietary and Confidential

This Change Request (CR) to the Phase 1 Cloud ERP Statement of Work (SOW) dated March 23, 2021 is entered into and effective on the date shown below between DZS Inc. (DZS Inc.) and PERFICIENT, INC. ("Perficient").  The parties agree that Perficient shall perform the Services in accordance with this CR and is subject to all of the terms and conditions of the Master Services Agreement effective March 22nd, 2021 (the "Master Services Agreement"). This CR is incorporated in and made a part of the SOW and Master Services Agreement identified above.

| Customer Information: | | Contact Information | |
|---|---|---|---|
| Customer Name: | DZS Inc. | Customer Contact Name: | Darrin Whitney |
| Headquarters Address: | 5700 Tennyson Pkwy Ste 400 Plano, TX 75024 | Customer Contact Email: | darrin.whitney@dzsi.com |
| State of Formation: | Delaware | Perficient Contact Name: | Stace Hunt |
| Phone Number: | 469-327-1531 | Perficient Contact Email | Stace.hunt@perficient.com |

## 1   BACKGROUND AND CHANGE REQUEST OVERVIEW

This CR is to extend the resources defined herein to support the various phases of the Oracle Cloud ERP ("Financials") and Supply Chain Management ("SCM").  These resources are currently deployed or will be deployed over the next few weeks.  The go-live dates for these phases are defined in the Assumptions section of this CR.

This CR established additional budget that is expected to extend the project to early to mid-September, 2021.  The resource schedule below assumes and end date of 9/4/21 but will be worked on a time and materials basis until fully worked.

## 2   DELIVERABLES

Perficient deliverables are those outlined in the original SOW which have not changed.

## 3   ASSUMPTIONS

### 3.1   Go-Live Dates by Phase

The staffing defined herein is based on the following go-live dates for the phased deployments

- Trial Balances (summary balances in Cloud GL for EPM financial reporting): 8/31/2021
- Japan (Cloud Financials): 9/1/2021
- Hannover (Germany, SAP migration to Financials and SCM):  10/1/2021.
- Seminole Manufacturing Facility (U.S., EBS migration to Cloud Financials and SCM):  1/3/2022

### 3.2   Applications in Scope

The staffing model herein will support the implementation of Oracle Cloud Bill of Materials as outlined below

- Order Management and Pricing
- Global Trade Management (restricted party screening at order entry only)
- Global Order Promising
  - Ship date promising for GMBH/UK orders with visibility into FG stock at Seminole plant for applicable items
- Demand Management
  - For sales orders that will not generate automatic supply through drop ship or back-to-back scenario flows
- Supply Planning
  - For sales orders that will not generate automatic supply through drop ship and back-to-back scenario flows
- Costing
  - For cost + pricelists, PPV, COGS and revenue recognition calculations in GMBH/UK inventory organizations
- Procurement

DocuSign Envelope ID: C374CA56-23B4-4DBB-A8BC-406EF9CB66CC

Perficient Statement of Work
Proprietary and Confidential

o For indirect purchasing in GMBH/UK plus PO execution for Seminole plant demand
- Inventory Management
  o To model 3PL and local warehouses for scenarios where material must either be physically received or virtually received to initiate billing events in Cloud
- Service Contracts
  o For the converted service contracts that are needed in GMBH/UK
- Quality
- Depot Repair
- Custom form creation to support automation on the shop floor
- Financials
  o General Ledger, Accounts Payable, Accounts Receivable, Cash Management, Fixed Assets

### 3.3   Other

- Project management and oversight will be provided by Matt Makowsky
- SCM oversight will be provided by Luis Sanchez
- Ajay Nagar, a project administrator, will assist with project management for 10 hours per week on average
- Additional resource coverage at limited hours to flex in additional expertise as needed in the areas of order management, materials management, and procurement
- Change requests for Tax and GTM are separate from this change request

## 4   TIMELINE AND PRICING CHANGES

### 4.1   Project Timeline Changes

Changes to go-live dates as defined in the Assumption section of this CR.

### 4.2   Project Budget Changes

The total change to the budget as a result of this change request is $499,955, net of incentive discount, not inclusive of travel expenses.  The resource and hours itemization is listed in the next section of this CR.

DocuSign Envelope ID: C374CA56-23B4-4DBB-A8BC-406EF9CB66CC

Perficient Statement of Work
Proprietary and Confidential

4.3    Resource Plan Allocation

| Resource Name | Role | Unit Testing | | Prepare for Hannover SIT | | | | Hannover UAT | TL Hours | Rate | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | 24-Jul | 31-Jul | 7-Aug | 14-Aug | 21-Aug | 28-Aug | 4-Sep | | | |
| | | 1 | 2 | 3 | 4 | 5 | 6 | 7 | | | |
| Matt Makowsky | Director Oversight | 0 | 8 | 20 | 12 | 12 | 12 | 12 | 76.00 | $225 | $ 17,100 |
| Luis Sanchez | Director Oversight | 0 | 10 | 10 | 10 | 10 | 10 | 10 | 60.00 | $225 | $ 13,500 |
| Greg Hyndman | Financials Lead | 12 | 40 | 40 | 24 | 40 | 40 | 40 | 236.00 | $195 | $ 46,020 |
| Mike Garcia | Financials Support | 0 | 0 | 0 | 8 | 0 | 0 | 0 | 8.00 | $195 | $ 1,560 |
| Justin Coble | Financials Support | 0 | 0 | 0 | 8 | 0 | 0 | 0 | 8.00 | $195 | $ 1,560 |
| Monica Lumpkin | Financials Lead | 4 | 0 | 20 | 20 | 20 | 25 | 20 | 109.00 | $195 | $ 21,255 |
| Ajay Nagar | Project Administrator | 0 | 10 | 10 | 10 | 10 | 10 | 10 | 60.00 | $195 | $ 11,700 |
| Bradley Purdy | Project Manager | 0 | 40 | 0 | 0 | 0 | 0 | 0 | 40.00 | $195 | $ 7,800 |
| Jeff Bond | Procurement Lead | 10 | 40 | 40 | 40 | 20 | 20 | 20 | 190.00 | $195 | $ 37,050 |
| Matt Fleishman | Manufacturing Lead | 8 | 40 | 40 | 40 | 40 | 40 | 40 | 248.00 | $195 | $ 48,360 |
| Gene Gysin | Order Management Lead | 0 | 40 | 40 | 40 | 40 | 40 | 40 | 240.00 | $195 | $ 46,800 |
| Amit Pandya | Technical Lead | 12.5 | 40 | 40 | 40 | 40 | 40 | 40 | 253.00 | $180 | $ 45,540 |
| Chakradhar Pillala | Planning Lead | 2 | 10 | 20 | 0 | 0 | 0 | 0 | 32.00 | $225 | $ 7,200 |
| Noeli Rosa | International/ Change Management | 16 | 40 | 40 | 40 | 40 | 40 | 40 | 256.00 | $195 | $ 49,920 |
| Anand Thakre | Service Contracts Lead | 8 | 40 | 40 | 40 | 40 | 40 | 40 | 248.00 | $195 | $ 48,360 |
| Mehmet Erisen | Costing Lead | 0 | 15 | 15 | 15 | 15 | 15 | 15 | 90.00 | $195 | $ 17,550 |
| Toby Rave | Order Management Oversight | 0 | 0 | 0 | 0 | 4 | 4 | 4 | 12.00 | $195 | $ 2,340 |
| Offshore Technical | CEML Development, Offshore | 30 | 120 | 120 | 160 | 160 | 160 | 160 | 910.00 | $39 | $ 35,490 |
| Latha Gadey | CEML Development, Onshore | 10 | 20 | 20 | 20 | 20 | 20 | 20 | 130.00 | $160 | $ 20,800 |
| TBD (1) | Depot Repair Lead | 0 | 0 | 0 | 0 | 20 | 20 | 20 | 60.00 | $225 | $ 13,500 |
| TBD | Quality Lead | 0 | 0 | 0 | 0 | 40 | 40 | 40 | 120.00 | $225 | $ 27,000 |
| TBD | Planning Lead | 0 | 0 | 0 | 0 | 40 | 40 | 40 | 120.00 | $225 | $ 27,000 |
| TBD | Planning (Offshore) | 0 | 0 | 0 | 0 | 30 | 30 | 30 | 90.00 | $90 | $ 8,100 |
| | (1) TBD refers to new resources in the process of being onboarded to support various tracks | | | | | | | TOTAL | 3,596 | | $ 555,505 |
| | | | | | | | | | 10.00% Discount * | | $ (55,551) |
| | | | | | | | | | | | $ 499,955 |

Notes:

- *This Perficient investment will be applied as a 10% discount to the Services fees of each applicable invoice up until the point that the Perficient investment is fully expended. If this SOW completes prior to the full Perficient investment being expended, any remaining Perficient investment dollars will be forfeited by Customer. The Perficient investment and discount described above will not be applied to expenses for which Customer is invoiced.

- The totals for the week ending July 24th represent hours "overrun" that was not previously budgeted into the project.  This CR allows those hours and additionally all hours between week ending July 31st and September 4th to be charged as per the above schedule.

- This total includes bridge amount that was previously authorized by email on August 4th, 2021.

DocuSign Envelope ID: C374CA56-23B4-4DBB-A8BC-406EF9CB66CC

Perficient Statement of Work
Proprietary and Confidential

## 5   ACCEPTED AND AGREED

An authorized signature on this page by Company indicates its acceptance of this Statement of Work.

**Perficient, Inc.**

By: _____

Name: Stuart Massey

Title: General Manager

Date: 8/15/2021

**DZS Inc.**

By: _____

Name: Misty Kawecki

Title: CFO

Date: 8/12/21

DocuSign Envelope ID: CEA5DE9E-DAF5-4F14-8BD2-721BFBAA145B



# Statement of Work: **Change Request**
## Prepared for:
## DZS Inc.

Prepared By: Perficient, Inc.
Confidential. All rights reserved.

September 14, 2021

DocuSign Envelope ID: CEA5DE9E-DAF5-4F14-8BD2-721BFBAA145B

Perficient Statement of Work
Proprietary and Confidential

This Change Request (CR) to the Phase 1 Cloud ERP Statement of Work (SOW) dated March 23, 2021 is entered into and effective on the date shown below between DZS Inc. (DZS Inc.) and PERFICIENT, INC. ("Perficient").  The parties agree that Perficient shall perform the Services in accordance with this CR and is subject to all of the terms and conditions of the Master Services Agreement effective March 22nd, 2021 (the "Master Services Agreement"). This CR is incorporated in and made a part of the SOW and Master Services Agreement identified above.

| Customer Information: | | Contact Information | |
|---|---|---|---|
| Customer Name: | DZS Inc. | Customer Contact Name: | Darrin Whitney |
| Headquarters Address: | 5700 Tennyson Pkwy Ste 400 Plano, TX 75024 | Customer Contact Email: | darrin.whitney@dzsi.com |
| State of Formation: | Delaware | Perficient Contact Name: | Stace Hunt |
| Phone Number: | 469-327-1531 | Perficient Contact Email | Stace.hunt@perficient.com |

## 1   BACKGROUND AND CHANGE REQUEST OVERVIEW

This CR is to extend the resources defined herein to support the various phases of the Oracle Cloud ERP ("Financials") and Supply Chain Management ("SCM").  These resources are currently deployed or will be deployed shortly.  The go-live dates for these phases are defined in the Assumptions section of this CR.

This CR establishes approximately another month of additional budget which is forecasted to cover early or mid-October, 2021.  The previously executed CR extended the team to early September, 2021.  The resource schedule below assumes an end date of 10/9/21 but will be worked on a time and materials basis until fully worked.

## 2   DELIVERABLES

Perficient deliverables are those outlined in the original SOW which have not changed.

## 3   ASSUMPTIONS

### 3.1   Go-Live Dates by Phase

The staffing defined herein is based on the following go-live dates for the phased deployments

- Trial Balances (summary balances in Cloud GL for EPM financial reporting): 8/31/2021
- Japan (Cloud Financials): 9/1/2021
- Hannover (Germany, SAP migration to Financials and SCM):  10/1/2021.
- Seminole Manufacturing Facility (U.S., EBS migration to Cloud Financials and SCM):  1/3/2022

### 3.2   Applications in Scope

The staffing model herein will support the implementation of Oracle Cloud Bill of Materials as outlined below

- Order Management and Pricing
- Global Trade Management (restricted party screening at order entry only)
- Global Order Promising
  - Ship date promising for GMBH/UK orders with visibility into FG stock at Seminole plant for applicable items
- Demand Management
  - For sales orders that will not generate automatic supply through drop ship or back-to-back scenario flows
- Supply Planning
  - For sales orders that will not generate automatic supply through drop ship and back-to-back scenario flows
- Costing

DocuSign Envelope ID: CEA5DE9E-DAF5-4F14-8BD2-721BFBAA145B

Perficient Statement of Work
Proprietary and Confidential

---

- o For cost + pricelists, PPV, COGS and revenue recognition calculations in GMBH/UK inventory organizations
- Procurement
  - o For indirect purchasing in GMBH/UK plus PO execution for Seminole plant demand
- Inventory Management
  - o To model 3PL and local warehouses for scenarios where material must either be physically received or virtually received to initiate billing events in Cloud
- Service Contracts
  - o For the converted service contracts that are needed in GMBH/UK
- Quality
- Depot Repair
- Custom form creation to support automation on the shop floor
- Financials
  - o General Ledger, Accounts Payable, Accounts Receivable, Cash Management, Fixed Assets

## 3.3    Other

- Project management and oversight will be provided by Matt Makowsky
- SCM oversight will be provided by Luis Sanchez
- Ajay Nagar, a project administrator, will assist with project management for 10 hours per week on average
- Additional resource coverage at limited hours to flex in additional expertise as needed in the areas of order management, materials management, and procurement
- Change requests for Tax and GTM are separate from this change request

## 4    TIMELINE AND PRICING CHANGES

### 4.1    Project Timeline Changes

Changes to go-live dates as defined in the Assumption section of this CR.

### 4.2    Project Budget Changes

The total change to the budget as a result of this change request is $362,246, net of incentive discount, not inclusive of travel expenses.  The resource and hours itemization is listed in the next section of this CR.

DocuSign Envelope ID: CEA5DE9E-DAF5-4F14-8BD2-721BFBAA145B

Perficient Statement of Work
Proprietary and Confidential

4.3    Resource Plan Allocation

| Week Ending: | | 11-Sep | 18-Sep | 25-Sep | 2-Oct | 9-Oct | | | |
|---|---|---|---|---|---|---|---|---|---|
| Week Number: | Role | 1 | 2 | 3 | 4 | 5 | TL Hours | Rate | Total |
| Matt Makowsky | Director Oversight | 12 | 12 | 12 | 12 | 12 | 60 | $225 | $ 13,500.00 |
| Luis Sanchez | Director Oversight | 10 | 10 | 10 | 10 | 10 | 50 | $225 | $ 11,250.00 |
| Greg Hyndman | Financials Lead | 40 | 40 | 20 | 40 | 5 | 145 | $195 | $ 28,275.00 |
| Ajay Nagar | Project Administrator | 10 | 10 | 10 | 10 | 10 | 50 | $195 | $ 9,750.00 |
| Jeff Bond | Procurement Lead | 20 | 20 | 20 | 20 | 20 | 100 | $195 | $ 19,500.00 |
| Matt Fleishman | Manufacturing Lead | 40 | 40 | 40 | 40 | 40 | 200 | $195 | $ 39,000.00 |
| Gene Gysin | Order Management Lead | 20 | 20 | 20 | 20 | 20 | 100 | $195 | $ 19,500.00 |
| Amit Pandya | Technical Lead | 20 | 20 | 20 | 20 | 20 | 100 | $180 | $ 18,000.00 |
| Dharmesh Lal | Planning Lead | 45 | 45 | 45 | 45 | 45 | 225 | $225 | $ 50,625.00 |
| Monica Lumpkin | Financials Lead | 20 | 20 | 10 | 10 | 10 | 70 | 195 | $ 13,650.00 |
| Noell Rosa | International/ Change Management | 40 | 40 | 40 | 40 | 40 | 200 | $195 | $ 39,000.00 |
| Anand Thakre | Service Contracts Lead | 20 | 20 | 20 | 20 | 10 | 90 | $195 | $ 17,550.00 |
| Mehmet Erisen | Costing Lead | 15 | 15 | 15 | 15 | 15 | 75 | $195 | $ 14,625.00 |
| Trinamix/ TBD | Depot Repair Lead | 14 | 14 | 14 | 14 | 14 | 70 | $225 | $ 15,750.00 |
| Trinamix/ TBD | Quality Lead | 32 | 32 | 32 | 32 | 32 | 160 | $225 | $ 36,000.00 |
| Onshore Technical | Seminole Development | 0 | 0 | 45 | 45 | 45 | 135 | $180 | $ 24,300.00 |
| Parag Badnakhe | Planning (Offshore) | 30 | 30 | 30 | 30 | 30 | 150 | $90 | $ 13,500.00 |
| Offshore Technical | Hannover Development | 120 | 120 | 120 | 120 | 0 | 480 | $39 | $ 18,720.00 |
| | | | | | | SubTotal | 2,460 | | $ 402,495 |
| | | | | | | Discount | | 10% | $ (40,250) |
| | | | | | | Total | | | $ 362,246 |

## 5    ACCEPTED AND AGREED

An authorized signature on this page by Company indicates its acceptance of this Statement of Work.

**Perficient, Inc.**                                        DZS Inc.

By: _DocuSigned by_ 9E1B617F1482461...    By: _[signature]_

Name: Stuart Massey                              Name: Misty Kawecki

Title: General Manager                           Title: CFO

Date: 9/30/2021                                      Date: 9/30/21

DocuSign Envelope ID: D2474A72-D1BA-4A05-86EC-AC9C87BEE2C5



# Statement of Work: **Change Request**
## *Seminole Go Live Phase*
### Prepared for:
### DZS Inc.

Prepared By: Perficient, Inc.
Confidential. All rights reserved.

November 3, 2021

DocuSign Envelope ID: D2474A72-D1BA-4A05-86EC-AC9C87BEE2C5

Perficient Change Request Statement of Work
Proprietary and Confidential

This Seminole Go Live Phase Change Request (CR) to the Phase 1 Cloud ERP Statement of Work (SOW) dated March 23, 2021 is entered into and effective on the date shown below between DZS Inc. (DZS Inc.) and PERFICIENT, INC. ("Perficient").  The parties agree that Perficient shall perform the Services in accordance with this CR and is subject to all of the terms and conditions of the Master Services Agreement effective March 22nd, 2021 (the "Master Services Agreement"). This CR is incorporated in and made a part of the SOW and Master Services Agreement identified above.

| Customer Information: | | Contact Information | |
|---|---|---|---|
| Customer Name: | DZS Inc. | Customer Contact Name: | Raghu Marthi |
| Headquarters Address: | 5700 Tennyson Pkwy Ste 400 Plano, TX 75024 | Customer Contact Email: | raghu.marthi@dzsi.com |
| State of Formation: | Delaware | Perficient Contact Name: | Stace Hunt |
| Phone Number: | 469-327-1531 | Perficient Contact Email | Stace.hunt@perficient.com |

## 1    BACKGROUND AND CHANGE REQUEST OVERVIEW

The purpose of this change request is to extend the Perficient project team through February 28th to cover the scope of the Seminole manufacturing facility, including Intercompany transaction processing and Banking connectivity to facilitate payments in Accounts Payable.

The "Go Live" date is set as February 1, 2022 with "Hypercare Support" covering the operation through February 28th.

The full scope herein shall be considered frozen and approved by DZS Business Process Owners (BPOs).  The staffing plan has been created to address this scope and this timeline.  Any changes to either scope or timeline would require a change request and explicit approval from DZS to perform the work.

## 2    DELIVERABLES

- Configuration Exports with Oracle seeded configurations and DZS custom configurations. Config Snapshot tool is an accelerator that removes the much of the manual documentation work.
- BR100 documents will be provided where Config Snapshot does not support the Config Snapshot approach. Primarily GOP, Service Contracts and Planning are not supported by Config Snapshop today.
- Quick Guides
- RAID Log
- Test Plan
- Training Plan
- Project Plan
- Cutover Plan
- Integration Plan (CEMLI Plan)
- Functional and Technical Specifications (Combined)
- Steering Committee Decks (Bi Weekly)
- Weekly "Track Level" Progress Reports
- Project Financials (Weekly)
- Time Sheets (Weekly)
- Requirements Traceability Matrix (RTM)
- Change Control Tickets (as warranted)
- Design Authority meetings to consider scope changes (see Key Dates in section 5.1)

DocuSign Envelope ID: D2474A72-D1BA-4A05-86EC-AC9C87BEE2C5

Perficient Change Request Statement of Work
Proprietary and Confidential

## 3   CHANGE REQUEST SCOPE OF WORK

Perficient will provide a full time project manager to oversee the entirety of all Track work and manage both onshore and offshore teams day to day. Perficient will also provide a full time resource to plan and coordinate training and testing events. The Perficient team, in partnership with their BPOs and SMEs from DZS will engage in the implementation of solutions based on the table below:

| Track | Topic | Requirement/Objective | DZS BPO/SME |
|---|---|---|---|
| Costing | Costing – Overhead Rules | Apply overhead to roll-up cost | Kevin Soulen |
| Costing | Costing – Cost Updates | Standard Cost Updates to current costs | Kevin Soulen |
| Costing | Costing – Cost Roll Up | To Derive Assembly Standard Cost | Kevin Soulen |
| Costing | Costing – Review Variances | Analyze standard cost variances for manufacturing and inventory transactions | Kevin Soulen |
| Costing | Structure (BOM) changes propagation to manufacturing | Changes in the Item Structure needs | Geert Maes / Bud Welch |
| Financials | GL Statutory Ledgers | Statutory Ledgers for GMBH and UK | Erin Schneider |
| Financials | GL Intercompany Process | Create Intercompany between Ledgers for Supply Chain Activities (Sell/Buy between companies) | Erin Schneider |
| Financials | AP Payments US/Canada | Send payment files to PNC for US and RBC for Canada | Kim Robinson |
| Financials | AR Lockbox for US | Load Lockbox details from PNC for US | Maggie Villalobos |
| Financials | AR Invoice Print for Product/Service | Print invoices to be emailed to customer for Product/Service Sales | Maggie Villalobos |
| Financials | AR SLA for Revenue Accounting | SLA to populate proper Account, Product, and Intercompany | Kevin Soulen |
| Financials | Costing SLA for COGS, Inventory, Variances, Accruals | SLA to populate proper Account, Product, and Intercompany | Kevin Soulen |
| Financials | Cash Management Bank Statement Reconciliation | Setup bank statement reconciliation program | Karen Leopardi |
| Financials | Cash Management Cash Forecasting Page and Reports | Setup dashboard for cash balancing and forecasting | Karen Leopardi |
| Financials | Fixed Asset Corporate and Tax Books | Create asset books for corporate and tax reporting | Erin Schneider |
| GOP | Scheduling Orders – Non ODM | Material availability and Lead Time based Promising from US/DE/UK BU | Guillaume Rousseau, Nick Katte |
| GOP | Scheduling Orders – ODM | Orders on ODM Product will be Scheduled based on Planning (Manual Scheduling) | Guillaume Rousseau, Nick Katte |

DocuSign Envelope ID: D2474A72-D1BA-4A05-86EC-AC9C87BEE2C5

Perficient Change Request Statement of Work
Proprietary and Confidential

| GOP | Transfer Demand from DE/UK to US | Order from Hanover/UK is being fulfilled by Seminole plant if the ATP supply is not available in the shipping Location | Guillaume Rousseau, Nick Katte |
|---|---|---|---|
| GOP | Planners Access | Visibility of Sales order for planners, Backlog report etc. | Guillaume Rousseau, Nick Katte |
| GOP | Drop Ship | Drop Ship based promising for UK / DE / US as applicable | Guillaume Rousseau, Nick Katte |
| GOP | GOP Collection and Refresh | Collection, GOP Refresh, ESS Jobs, Scheduling, ATP Rules, GOP Configs etc. | Guillaume Rousseau, Nick Katte |
| Manufacturing | Serial Tracking | Assign Serial Numbers to Assemblies and track their progress through the Manufacturing and Inventory Cycles | Geert Maes |
| Manufacturing | Work Order Types | Define distinct types of Work Orders (i.e., Rework, Transform) | Geert Maes |
| Manufacturing | Labor Usage | Capture Operator Time and Cost | Geert Maes |
| Manufacturing | Work Definitions | Define Manufacturing Routings – Instructions on how to create Assemblies | Geert Maes |
| Manufacturing | Work Centers | Define Workstations – Operational centers to track procedures, labor, and Material | Geert Maes |
| Manufacturing | Item Structures | Define Bill of Materials – List of Materials/Components to be used to build the Assemblies | Geert Maes |
| Manufacturing | Standard Operations | Repeatable and assignable operations that can be assigned to a Work Definition (Approx. 333 have been identified) | Geert Maes |
| Manufacturing | Work Order Monitoring | Track the status and progress of a Work Order | Geert Maes |
| Manufacturing | Work Order Completion | Complete an Assembly to Stock | Geert Maes |
| Manufacturing | Component Transactions | Issue Materials/Components to a Work Order (Backflush or Active issue by Materials Management) | Geert Maes |
| Manufacturing | Operational Costing | Track and report the cost of manufacturing overhead | Geert Maes |
| Order Management | Create and Manage sales orders in Oracle Cloud | Ability to process customer orders in Oracle Cloud | Dana Smalley / Stanley Huang |
| Order Management | Internally source demand from DZS Warehouses | Ability to source Demand from multiple DZS warehouses | Dana Smalley / Stanley Huang |
| Order Management | Drop Ships | Ability to source demand from Vendor | Dana Smalley / Stanley Huang |
| Order Management | GOP | Scheduling From GOP | Dana Smalley / Stanley Huang |
| Order Management | Multi Sourcing | Ability to source sales order demand from multiple sources | Dana Smalley / Stanley Huang |
| Planning | Demand Horizon | Need an ability to consider 24 months of shipment history by CRD and generate forecast 24 months out | Guillaume Rousseau, Nick Katte |
| Planning | Forecast Override | Need an ability to override forecast before publishing to supply planning to drive material requirement (Applicable for prior and future Months) | Guillaume Rousseau, Nick Katte |
| Planning | Forecast Additional Inputs | Need an ability to add PLM inputs and outlier adjustments in DM | Guillaume Rousseau, Nick Katte |

DocuSign Envelope ID: D2474A72-D1BA-4A05-86EC-AC9C87BEE2C5

Perficient Change Request Statement of Work
Proprietary and Confidential

| Planning | Calculated Forecast | Need visibility of calculated forecast (Backlog+PLM+Adjustments+SFDC) | Guillaume Rousseau, Nick Katte |
|---|---|---|---|
| Planning | Planning Reviews and Exceptions | Need an ability to review sales history, forecast and exceptions to analyze patterns and make corrections as needed | Guillaume Rousseau, Nick Katte |
| Planning | Average Demand | Need visibility of average monthly demand over the last 12 months | Guillaume Rousseau, Nick Katte |
| Planning | Plan Collection, Run, Users Views | Plan Configurations, Catalogs, Analytics, Tables/Views for Users, Graphs, Collection, Plan Run, Scheduling Batch jobs | Guillaume Rousseau, Nick Katte |
| Planning | Supply Horizon | Supply demand netting using final forecast from DM and generate material plan 24 months out | Guillaume Rousseau, Nick Katte |
| Planning | Safety Stock | Need an ability to set and plan supplies against safety stock (Fixed, May use Days of cover) | Guillaume Rousseau, Nick Katte |
| Planning | Planner Dashboards, View | Need an ability to review plan output using dashboards, exception handling, info tiles, graphs and user defined layouts | Guillaume Rousseau, Nick Katte |
| Planning | Plan analysis | Need an ability to easily identify clear to build and material shortage scenarios | Guillaume Rousseau, Nick Katte |
| Planning | Simulations | Need an ability to do data simulations and plan comparisons | Guillaume Rousseau, Nick Katte |
| Planning | Exceptions | Need visibility of shortages and excess, Reschedules, LT Compression, Demand at risk etc. | Guillaume Rousseau, Nick Katte |
| Planning | Plan Execution | Release planned recommendations as work orders and purchase orders manually/automatically | Guillaume Rousseau, Nick Katte |
| Planning | Rework Material Planning | Plan material requirements for rework and transform work orders | Guillaume Rousseau, Nick Katte |
| Pricing | Master MSRP List | Ability to maintain one MSRP List used by all BUs | Dana Smalley / Stanley Huang |
| Pricing | Currency Conversion | Ability for system to automatically convert currencies for MSRP | Dana Smalley / Stanley Huang |
| Pricing | Customer Price Books | Ability to have Customer Specific Price Books | Dana Smalley / Stanley Huang |
| Pricing | ADFI Maintenance | Ability to maintain pricing objects with ADFI where available (spreadsheet uploads) | Dana Smalley / Stanley Huang |
| Procurement | Procurement – Blanket Purchase Agreements | Assure negotiated prices default onto purchase orders, assure negotiated terms default onto purchase orders, minimize Procurement effort to execute negotiated buys from suppliers | Sanjay Sood |
| Procurement | Procurement – Purchase Orders | Allow changes suggested by planning (reschedule), onboard suppliers to respond via the supplier portal so that supplier commits and changes are sent to buyers to approve, associate purchase items to approved manufacturers to adhere to engineering specifications | Sanjay Sood |

DocuSign Envelope ID: D2474A72-D1BA-4A05-86EC-AC9C87BEE2C5

Perficient Change Request Statement of Work
Proprietary and Confidential

| Procurement | Procurement - Approvals | Adhere to the Delegation of Authority (DOA) set forth by DZSI and route through Procurement for efficiency and potential cost savings | Sanjay Sood |
|---|---|---|---|
| Procurement | Procurement – KPIs and Reporting | Provide management reports currently required as well as KPIs to measure productivity and spend in Procurement | Sanjay Sood |
| Procurement | Procurement – Indirect Spend | Provide Users with a method to request purchasing to buy indirect materials, Services and Capital using purchase requisitions routed for approval through their Department management chain before coming to procurement for purchase | Sanjay Sood |
| Procurement | Blanket Purchase Agreement – Upload lines and prices | All negotiated pricing to be present on a blanket agreement to minimize discrepancies and streamline PO creation | Sanjay Sood |
| Procurement | Replace the JIT (Just in Time) emails | By using the supply planning module to identify recommendations to reschedule\buy\cancel we can streamline the PO maintenance activity | Sanjay Sood |
| Procurement | Move Suppliers to the Supplier Portal | Allow Suppliers to make changes to promise dates and other seeded functionality in Supplier Portal to minimize email tracking and ease the burden on Procurement personnel | Sanjay Sood |
| Procurement | Procurement Reporting | Create replacements for existing management reports and provide guidance on use of seeded export and OTBI data access | Sanjay Sood |
| Quality | Inspection Elements | Points of Data input to be used in Inspection Plans | John Wronka |
| Quality | Inspection Plans | Quality Test to ensure product quality | John Wronka |
| Quality | Conformance Reporting | Reports to show operational compliance | John Wronka |
| Quality | Non-Conformance Mitigation | Action plans to remediate events of product non-conformance | John Wronka |
| Quality | TL9000 Compliance | ERP related TL9000 Requirement compliance | John Wronka |
| RMA (Depot) Repair | Repair Logistics configuration | Set up service activities to manage the depot repair return and shipment | Julio Artau |
| RMA (Depot) Repair | Service Activity codes setup | Set up service activities for the labor and parts used during repair execution | Julio Artau |
| RMA (Depot) Repair | Inventory organization setup | Inventory organization configuration for RMA-Repair | Julio Artau |
| RMA (Depot) Repair | RMA Return routing rules configuration | Return routing rules configurations for repair | Julio Artau |
| RMA (Depot) Repair | Subinventory & locator definitions | Subinventory & locator definitions for Repair | Julio Artau |
| RMA (Depot) Repair | Enabling flex fields for RMA – Repairs | Enabling flex-field for repairs | Julio Artau |
| RMA (Depot) Repair | Sales order line types & orchestration process | Line types setup for broken product RMA, shipping of repaired product, bill only | Julio Artau |
| RMA (Depot) Repair | Inventory transaction type setups for Refurb, Scrap etc | Item transaction type setups to handle refurbishment, scrapping | Julio Artau |

DocuSign Envelope ID: D2474A72-D1BA-4A05-86EC-AC9C87BEE2C5

Perficient Change Request Statement of Work
Proprietary and Confidential

| RMA (Depot) Repair | Maintenance Work order configurations | Repair work order related configurations like Work definition, Routing, Parts, Labor items, Expense items etc. | Julio Artau |
|---|---|---|---|
| RMA (Depot) Repair | Configuring quality plans for RMA & Repair inspections | Capture quality data for repair return & shipment | Julio Artau |
| Service Contracts | Create and Manage service contracts in Oracle Cloud | Ability to process customer orders in Oracle Cloud | Jon Cox/Jason Black |
| Service Contracts | Multiple Party contracts | Ability to create multiple parties within contracts that includes distributors and end users | Jon Cox/Jason Black |
| Service Contracts | Annual contracts with Advance Invoicing | Ability to create Annual contracts with advance invoicing | Jon Cox/Jason Black |
| Service Contracts | Annual contracts with Arrears Invoicing | Ability to create Annual contracts with Arrears' invoicing | Jon Cox/Jason Black |
| Service Contracts | Quarterly frequency | Ability to create Annual contracts with Quarterly invoicing | Jon Cox/Jason Black |
| Service Contracts | Multiple Service offerings | Ability to process customer orders in Oracle Cloud with multiple service lines | Jon Cox/Jason Black |
| Service Contracts | Different periods at line level | Ability to create service lines that have periods different than contracts | Jon Cox/Jason Black |
| Service Contracts | Covered Assets/Serial numbers | Ability to create contracts that cover multiple Serial numbers/Assets | Jon Cox/Jason Black |
| Service Contracts | Covered levels for customer | Ability to create contracts at customer level | Jon Cox/Jason Black |
| Service Contracts | Pricing and Billing | Ability to get pricing rolled up for individual lines | Jon Cox/Jason Black |
| Service Contracts | Billing integration to AR | Ability to invoice customers depending on the frequency in Service contracts | Jon Cox/Jason Black |
| Service Contracts | Contracts Renewals | Ability to renew contracts-manually and automatically | Jon Cox/Jason Black |
| Service Contracts | Contracts lists | Ability to create lists and save for Active and Draft contracts | Jon Cox/Jason Black |
| Service Contracts | Mass changes/updates | Ability to mass update contracts and make changes to certain fields | Jon Cox/Jason Black |
| Service Contracts | Fetch Billing information | Ability to get invoice information into contracts | Jon Cox/Jason Black |
| Technical | Fixed Asset Conversion | Convert Assets from legacy system | Erin Schneider |
| Technical | Supplier and Customer Conversion | Load suppliers and customers from various legacy systems | Kim Robinson/Maggie Villalobos |
| Technical | AR Invoice Print for Product/Service | Produce Sales Invoice to be emailed to customer | Maggie Villalobos |
| Technical | AP Open Invoice Conversion | Load open payable invoices from the legacy system | Kim Robinson |
| Technical | AR Open Invoice Conversion | Load open receivable invoices from the legacy system | Maggie Villalobos |
| Technical | AP Concur Interface for Expense Reports for US | Interface employee data from Concur | Kim Robinson |
| Technical | AP EDI Invoice Interface US | Interface EDI invoices from freight companies | Kim Robinson |
| Technical | Agile to Cloud Integration | Propagate changes from the PLM system to Oracle Cloud | Geert Maes / Bud Welch |

DocuSign Envelope ID: D2474A72-D1BA-4A05-86EC-AC9C87BEE2C5

Perficient Change Request Statement of Work
Proprietary and Confidential

| Technical | Label Generation | Replace current Access '97 Labeling database with customization of out of the box Label printing solution | Geert Maes / Rich Johnston |
|---|---|---|---|
| Technical | Serial Number Generation | Replace current Access '97/ Oracle 11i custom database tables with a PAAS solution | Geert Maes / Rich Johnston |
| Technical | Operation Tracking | Streamline Operation registration and tracking to a one-scan solution | Geert Maes / Rich Johnston |
| Technical | Serial Number Promotion | Promote a component Serial Number to the Primary Serial Number of the Top Assembly | Geert Maes / Rich Johnston |
| Technical | Serial Number Demotion | Demote the Primary Serial Number of the Top Assembly and assign a new Primary Serial Number | Geert Maes / Bud Welch |
| Technical | Work Order Purge | Complete a Work Order mid-assembly to be Re-worked or Scrapped | Geert Maes / Rich Johnston |
| Technical | Bulk Serial Number Load | Mass Load Serial Numbers from an ODM Supplier | Geert Maes / Rich Johnston |
| Technical | Data Element Validation | Manufacturing Operations and Quality Test Verification of specific data elements | Geert Maes / Rich Johnston / John Wronka |
| Technical | Automatic Alerts of Non-conformance | Generate a notification when an assembly fails inspection | Geert Maes / Rich Johnston / John Wronka |
| Technical | Integration of Automated Shop Floor Hardware Process Test | Links for DLL Package calls to read data from and write data to Cloud Quality Tables. | Rich Johnston / John Wronka |
| Technical | SFDC Quotes to Sales Order | Integration of Quotes from SFDC into Oracle Cloud | Stanley Huang |
| Technical | SFDC RMAs to Oracle | Integration of RMAs from SFDC to Oracle Cloud | Stanley Huang |
| Technical | Shop Floor Reporting | Development of Reports like Work Order Traveler, kitting, component listing etc. | Geert Maes |
| Technical | Audit Reporting | User Access Reports with bursting functionality | Krishnan Vats |
| Technical | Bank Documents | Checks, ACH | Erin Schneider |
| Technical | Customers Conversion | Non-SAP Customers from 11.0.3 to Oracle Cloud | Magdalene Villalobos |
| Technical | Suppliers Conversion | Non-SAP Suppliers from 11.0.3 to Oracle Cloud | Kim Robinson |
| Technical | Items Conversion | Non-SAP Customers from 11.0.3 to Oracle Cloud for Items, Categories, Cross references | Geert Maes |
| Technical | Sales Order Conversion | Open Sales order from 11.0.3 for Seminole | Stanley Huang |
| Technical | Purchase Order Conversion | Open Purchase Order from 11.0.3 for Seminole | Sanjay Sood |
| Technical | Sales Forecast Conversion | Sales Forecast from 11.0.3 to Oracle Cloud | Nick Katte |

DocuSign Envelope ID: D2474A72-D1BA-4A05-86EC-AC9C87BEE2C5

Perficient Change Request Statement of Work
Proprietary and Confidential

| | | | |
|---|---|---|---|
| Technical | Install base and service contracts Conversion | Install Base and Service contracts from 11.0.3 for Seminole | Krishnan Vats |
| Technical | Sourcing Rules conversion | Sourcing Rules from 11.0.3 for Seminole | Sanjay Sood |
| Technical | SFDC Planning Integration | Need salesforce forecast visibility in DM cloud with an ability to drill down to opportunity id, owner, probability and other SF details | Guillaume Rousseau, Nick Katte |
| Technical | Forecast Conversion | Need to have the current forecast from 1103 loaded into DM cloud during cutover | Guillaume Rousseau, Nick Katte |
| Technical | History | Need to have 24 Months Sales History from 1103 loaded into DM cloud during cutover | Guillaume Rousseau, Nick Katte |
| Technical | Shipments Relief, CRD/CSD Visibility | Need backlog visibility by both CRD and CSD in DM /SP cloud with additional ability to have shipment relief | Guillaume Rousseau, Nick Katte |
| Technical | Agile to Cloud Integration | Propagate changes from the PLM system to Oracle Cloud | Geert Maes / Bud Welch |
| Technical | Manufacturing Data Conversion from 11.0.3 to Oracle Cloud | Convert existing data and structures from Oracle 11.0.3 to the Oracle Fusion Cloud | Geert Maes |
| Technical | Assembly Machine integration | Fujicam and similar machine data interface | Geert Maes/ Rich Johnston |
| Technical | Assembly Machine Data Repository | Fujicam and similar machine data, PAAS database repository | Geert Maes/ Rich Johnston |
| Technical | Pick Slip | Generate Pick Slip when pick wave to warehouse runs | Dana Smalley / Stanley Huang |
| Technical | Pack Slip | Generate Pack Slip at Ship Confirm | Dana Smalley / Stanley Huang |
| Technical | Bill of Lading | Generate Bill Of Lading (BOL) at Ship Confirm | Dana Smalley / Stanley Huang |
| Technical | Sales Order Conversion | Convert Sales Orders Into Oracle At Go-Live via FBDI | Dana Smalley / Stanley Huang |
| Technical | Oracle Cloud to Shipping Terminals Interface | Allow communication between DZSI Oracle Fusion Shipping and the shipment interface terminals. | Dana Smalley / Stanley Huang |
| Technical | Oracle Cloud To Shipping Solution | Move Data from Oracle Shipments and move data into Shipping Solutions. | Dana Smalley / Stanley Huang |
| Technical | SFDC To Cloud For Order Management | Import Orders from SFDC into Oracle Cloud (Bi Directional) | Dana Smalley / Stanley Huang |
| Technical | Super Serial Tracking in Oracle Inventory | Serial Number Groupings to reduce the number of transactions require moving and pick a pallet of serialized assemblies onto a Sales Order | Dana Smalley / Stanley Huang |

DocuSign Envelope ID: D2474A72-D1BA-4A05-86EC-AC9C87BEE2C5

Perficient Change Request Statement of Work
Proprietary and Confidential

| Technical | Super Serial Integration To Oracle Shipping | Integrate Serial Numbers With Oracle Shipping | Dana Smalley / Stanley Huang |
|---|---|---|---|
| Technical | OM Milestone Notification – Booking | Notify Customer When Order Is Booked | Dana Smalley / Stanley Huang |
| Technical | OM Milestone Notification – Scheduling | Notify Customer When Order is Scheduled and when Scheduled Date Changes | Dana Smalley / Stanley Huang |
| Technical | Product surcharge of 3% needs to be added to all the backlog sales orders | Add 3% Surcharge to all backlog sales orders | Vivek Pabba |
| Technical | EDI to select Suppliers | Send and receive the existing EDI documents that are deployed in 1103 with the suppliers currently sending and receiving EDI documents | Sanjay Sood |
| Technical | Printed Purchase Order | Mimic the current Printed Purchase Order pdf that is produced from 1103 with all data | Sanjay Sood |
| Technical | Salesforce – Oracle Integration For Service | Salesforce – Oracle Integration for Service and Repair. | Julio Artau |
| Technical | Repair Traveler | Custom Report to print the repair details. | Julio Artau |
| Technical | Travel tag report | Custom report to print/reprint repair tag | Julio Artau |
| Technical | Parts cost consumption report | Report to identify the parts cost consumption on repairs | Julio Artau |
| Technical | Defect Report | Report to identify Defects | Julio Artau |
| Technical | Open RMA | Data conversion of open RMAs | Julio Artau |
| Technical | Open Service Request | Data conversion of Open SRs | Julio Artau |
| Technical | Service Parts | Data conversion of Service Parts | Julio Artau |
| Technical | Open Billing Orders | Data conversion of open Service billing orders | Julio Artau |
| Technical | Service Contracts to Salesforce Integration | Warranty and Service contracts data integration from Subscription Management | Jon Cox |
| Technical | Order Management to Service Contracts | Order Management to Service Contracts/Subscription Management to create Extended Warranty after shipping | Jon Cox |
| Technical | AR Lockbox Pull from Bank and Import | Import Lockbox file into Oracle Cloud from DZS designated bank (determined by 11/19/2021) | Vivek Pabba |
| Technical | Cash Management Bank Statement Import | Import DZS designated bank (determined by 11/19/2021)bank statements into cloud for US/CA | Karen Leopardl |

DocuSign Envelope ID: D2474A72-D1BA-4A05-86EC-AC9C87BEE2C5

Perficient Change Request Statement of Work
Proprietary and Confidential

| Technical | Convert GL Trial Balances | Convert GL Trial Balance from legacy system | Erin Schneider |
|---|---|---|---|
| Technical | Banking Integrations and Formats | DZS designated bank (determined by 11/19/2021) Lockbox Integration | Kim Robinson |
| Technical | Banking Integrations and Formats | DZS designated bank (determined by 11/19/2021) Payment Integration | Kim Robinson |
| Technical | Banking Integrations and Formats | DZS designated bank (determined by 11/19/2021)Bank Statement Integration | Kim Robinson |
| Technical | Banking Integrations and Formats | DZS designated bank (determined by 11/19/2021) Check Printing | Kim Robinson |

## 4    ASSUMPTIONS

### 4.1    Seminole Go-Live Assumptions

- Global Template – Business Processes and related configurations – will be implemented as applicable.
- Budget Includes Post Go Live Support for Germany with same project team through November 5th.
- Budget assumes Feb 1 go live for Seminole.
- Budget assumes Korean resources can join project and get involved in Testing and Training.  Additionally, DZS should leverage Newline for local translation and support.
- Project will have limited hours during holiday periods (Thanksgiving, Christmas, and New Years).
- Budget does not account for any DZS internal costs.
- DZS is providing the full contingent of BPOs and SMEs as on previous rollout (unexpected turnover not-with-standing)
- Perficient is providing same resources as of Hannover go live (unexpected turnover not-with-standing)
- Perficient will ramp up new hires at no charge if a change is needed.
- New Scope will be reviewed by Steering Committee/Design Authority before engaging so work and budget can be approved.

### 4.2    Applications in Scope
The staffing model herein will support the implementation of Oracle Cloud Bill of Materials as outlined below

- Order Management and Pricing
- Global Order Promising
- Demand Management
- Supply Planning
- Costing
- Procurement
- Inventory Management
- Service Contracts
- Quality
- Depot Repair
- Manufacturing
- Custom form creation to support automation on the shop floor
- Financials (AP, GL, AR, CM, FA)

DocuSign Envelope ID: D2474A72-D1BA-4A05-86EC-AC9C87BEE2C5

Perficient Change Request Statement of Work
Proprietary and Confidential

4.3   Other
- Financials oversight will be provided by Matt Makowsky
- SCM oversight will be provided by Luis Sanchez

4.4   Out of Scope
- Any requirements arising in the due course of the project not listed in the table in Section 3 (Scope of Work).
- Management of DZS Resources
- Supplier Qualification Management
- Negotiations
- Supplier Contracts
- Knowledge Center
- Order Management Discount Lists
- Order Management Algorithms
- Pricing Algorithms
- Document Control
- Document Control Repository
- Product Lifecycle Management
- Change Management
- Ad Hoc Oracle Cloud Reports

DocuSign Envelope ID: D2474A72-D1BA-4A05-86EC-AC9C87BEE2C5

Perficient Change Request Statement of Work
Proprietary and Confidential

## 5    TIMELINE AND PRICING CHANGES

### 5.1    Project Timeline Changes

New Timeline:



| Milestone | Entrance Criteria | Tasks | Exit Criteria | Completion BY: |
|---|---|---|---|---|
| Requirements Validation Completed | None | Each SI reviews existing RTMs with BPOs | Sign off from BPO agreeing to requirements | 5-Nov |
| System Build and Piloting | Requirements Validation is complete | TEST POD is configured | Configuration Extracts Created | 11-Nov |
| | | TEST POD is Smoke Tested, Certified for Testing | Six Sign Off on Environment | 19-Nov |
| | | Code Drops as Available by Track and Object | Unit Tested Successfully (As Available) | 19-Nov |
| | | Unit Testing/Piloting the Applications | Applications in Standard Form Test Successfully | 19-Nov |
| System Integration Testing (Shop Floor): UAT for OM, Procurement, Financials (excluding bank integration which is TBD) | System Build and Piloting | Establish full scope of SIT | To be agreed to by PMO and BPOs | 19-Nov |
| | | Create Test Plan | To be signed off by BPOs | 3-Dec |
| | | All Test Users are loaded into TEST POD | BPO has agreed to list of users | 3-Dec |
| | | Integrations are stood up and ready for testing | Certified by Perficient | 3-Dec |
| | | Data Conversions are loaded and validated | Certified by DZS | 3-Dec |
| | | All Tests are executed and dispositioned | All tests have a disposition of Pass or Fail (Fails to have mitigations) | 17-Dec |
| | | Test Results Recorded and Reported | Reported Results are reviewed and agreed upon by PMO/BPOs | 17-Dec |
| UAT Shop Floor | Sign Off on SIT | Create Test Plan | Test Plan is signed off by BPOs | 7-Jan |
| | All code is completed | All Test Users are loaded into TEST POD | BPO has agreed to list of users | 7-Jan |
| | | All Integrations, Custom PaaS Applications are loaded to TEST POD | Certified by Perficient | 7-Jan |
| | | All Tests are executed and dispositioned | All tests have a disposition of Pass or Fail (Fails to have mitigations) | 17-Dec |
| | | Test Results Recorded and Reported | Reported Results are reviewed and agreed upon by PMO/BPOs | 17-Dec |
| Cutover | UAT and SIT are signed off | Cutover Plan has been created | Cutover Plan is signed off and approved by BPOs and PMO | 15-Jan |
| | No Show Stoppers Identified | End User Training (Performed by Perficient and DZS BPOs) | Training is completed and signed off by participants and BPOs | 15-Jan |
| | Physical Inventory Is Established | Inventory Quantities and Costs are to be confirmed | Operations to validate Inventory Quantities are accurate as of a date | 15-Jan |
| | Conversions are signed off | BPOs to reconfirm they are signed off on conversions | Conversions are validated in PROD | 31-Jan |
| | | Financials Records are completed with closing process | BPOs sign off on final month end close | 8-Feb |
| | | Operations Go Live | Sign off from BPOs and PMO that all is ready for go live | 31-Jan |
| | | Final Cutover Activities – (Conversions, Validations, Users Creation) | Validation from BPOs | 31-Jan |
| Go Live | Cutover is complete | System Release | BPOs agree to release system | 1-Feb |
| Hypercare, Stabilization | Go Live is Complete | Daily Support Activities, Monitoring, KT | DZS signs off on KT | 28-Feb |

Note: Design Authority meeting to determine any design changes scheduled for 12/07/2021 and 01/05/2022.

### 5.2    Project Budget Changes

The total change to the budget as a result of this change request is $1,621,790.00 (2021 Budget $902,520.00 and 2022 Budget $719,270.00), not inclusive of travel expenses. A discount of $88,000 applies to this CR and shall be distributed across all invoices associated with this CR until exhausted. The resource and hours itemization is listed in the next section of this CR.

DocuSign Envelope ID: D2474A72-D1BA-4A05-86EC-AC9C87BEE2C5

Perficient Change Request Statement of Work
Proprietary and Confidential

5.3   Resource Plan Allocation 2021 and 2022 Budget

| Role | 15-Oct | 22-Oct | 29-Oct | 5-Nov | 12-Nov | 19-Nov | 26-Nov | 3-Dec | 10-Dec | 17-Dec | 24-Dec | 31-Dec | 2021 Hours | 2021 Rate | 2021 Budget/Spend |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| OM Lead and Offshore Oversight | 0 | 0 | 0 | 0 | 12 | 12 | 0 | 12 | 12 | 12 | 0 | 0 | 60 | $ 195.00 | $   11,700.00 |
| OM Lead - Hypercare for Hannover (2021)/Seminole (2022) | 40 | 40 | 40 | 40 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 160 | $ 195.00 | $   31,200.00 |
| Advanced Pricing Lead - Onshore  (US Specific Requirements/Korea Specific Requirements) | 0 | 0 | 0 | 0 | 18 | 18 | 0 | 18 | 18 | 18 | 0 | 0 | 90 | $ 195.00 | $   17,550.00 |
| OM Intercompany Lead/Subscription Management Oversight - Onshore | 0 | 0 | 0 | 0 | 10 | 10 | 0 | 10 | 10 | 10 | 0 | 0 | 50 | $ 195.00 | $    9,750.00 |
| OM - Global Template Offshore | 0 | 0 | 0 | 0 | 40 | 40 | 40 | 40 | 40 | 40 | 40 | 40 | 360 | $  39.00 | $   14,040.00 |
| PO Lead - Hypercare | 40 | 40 | 40 | 40 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 160 | $ 195.00 | $   31,200.00 |
| Subscription Management - Hypercare | 10 | 10 | 10 | 10 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 40 | $ 195.00 | $    7,800.00 |
| Subscription Management - Offshore Global Template | 0 | 0 | 0 | 0 | 20 | 30 | 20 | 20 | 20 | 20 | 20 | 20 | 160 | $  39.00 | $    6,240.00 |
| PO Lead and Offshore Oversight | 0 | 0 | 0 | 0 | 0 | 12 | 0 | 12 | 12 | 12 | 0 | 0 | 48 | $ 195.00 | $    9,360.00 |
| PO - Global Template Offshore | 40 | 0 | 0 | 0 | 40 | 40 | 40 | 40 | 40 | 40 | 40 | 40 | 360 | $  39.00 | $   14,040.00 |
| Finance Lead - Hypercare for Hannover/Sem | 40 | 40 | 40 | 40 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 160 | $ 195.00 | $   31,200.00 |
| Finance Lead (Banking Focus) and Intercompany (off-shore) | 0 | 0 | 0 | 0 | 40 | 40 | 40 | 40 | 40 | 40 | 40 | 40 | 320 | $  39.00 | $   12,480.00 |
| Finance Intercompany Lead | 0 | 0 | 0 | 0 | 20 | 20 | 0 | 20 | 20 | 20 | 0 | 0 | 100 | $ 180.00 | $   18,000.00 |
| Costing and PIM Hypercare for Hannover/Sem | 20 | 20 | 20 | 20 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 80 | $ 195.00 | $   15,600.00 |
| Costing and PIM Lead - Advanced for US | 0 | 0 | 0 | 0 | 20 | 30 | 0 | 20 | 20 | 20 | 0 | 0 | 100 | $ 195.00 | $   19,500.00 |
| Testing, Training Coordinator, Roles, Cutover Leader (KT to PM) | 0 | 0 | 40 | 40 | 40 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 160 | $ 195.00 | $   31,200.00 |
| Senior Project Manager | 0 | 0 | 0 | 40 | 40 | 40 | 0 | 40 | 40 | 40 | 0 | 0 | 240 | $ 205.00 | $   49,200.00 |
| Program Manager | 10 | 10 | 0 | 10 | 10 | 10 | 0 | 10 | 10 | 10 | 0 | 0 | 80 | $ 225.00 | $   18,000.00 |
| Chief Supply Chain Architect | 10 | 10 | 10 | 10 | 10 | 10 | 0 | 10 | 10 | 10 | 0 | 0 | 90 | $ 225.00 | $   20,250.00 |
| Depot Repair | 30 | 30 | 20 | 20 | 20 | 30 | 0 | 20 | 20 | 20 | 0 | 0 | 180 | $ 225.00 | $   40,500.00 |
| Quality | 40 | 40 | 40 | 40 | 40 | 40 | 0 | 40 | 40 | 40 | 0 | 0 | 360 | $ 225.00 | $   81,000.00 |
| Planning/GOP | 30 | 30 | 30 | 30 | 30 | 30 | 0 | 30 | 30 | 30 | 0 | 0 | 270 | $ 225.00 | $   60,750.00 |
| Planning - Offshore | 20 | 20 | 20 | 20 | 20 | 20 | 0 | 20 | 20 | 20 | 20 | 20 | 220 | $  90.00 | $   19,800.00 |
| GOP Lead - Hypercare for Hannover | 20 | 20 | 20 | 20 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 80 | $ 225.00 | $   18,000.00 |
| Manufacturing | 40 | 40 | 40 | 40 | 40 | 40 | 0 | 40 | 40 | 40 | 0 | 0 | 360 | $ 195.00 | $   70,200.00 |
| DEV Team - Offshore | 120 | 120 | 120 | 120 | 220 | 220 | 220 | 220 | 220 | 220 | 220 | 220 | 2240 | $  39.00 | $   87,360.00 |
| DEV Team - Onshore | 60 | 60 | 60 | 60 | 60 | 60 | 0 | 60 | 60 | 60 | 0 | 0 | 540 | $ 160.00 | $   86,400.00 |
| DEV Lead | 20 | 20 | 20 | 40 | 40 | 40 | 10 | 40 | 60 | 60 | 0 | 0 | 390 | $ 180.00 | $   70,200.00 |
| | | | | | | | | | | | | Total 2021 Hours | 7458 | | $  902,520.00 |

| Role | 7-Jan | 14-Jan | 21-Jan | 28-Jan | 4-Feb | 11-Feb | 18-Feb | 25-Feb | 2022 Hours | Rate | 2022 Budget/Spend | Total Hours per Role | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| OM Lead and Offshore Oversight | 12 | 12 | 12 | 12 | 12 | 12 | 0 | 0 | 72 | $ 195.00 | $   14,040.00 | 132 | $   25,740.00 |
| OM Lead - Hypercare for Hannover (2021)/Seminole (2022) | 0 | 0 | 0 | 40 | 40 | 40 | 0 | 0 | 120 | $ 195.00 | $   23,400.00 | 280 | $   54,600.00 |
| Advanced Pricing Lead - Onshore  (US Specific Requirements/Korea Specific Requirements) | 18 | 18 | 18 | 0 | 0 | 0 | 0 | 0 | 54 | $ 195.00 | $   10,530.00 | 144 | $   28,080.00 |
| OM Intercompany Lead/Subscription Management Oversight - Onshore | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | $ 195.00 | $         -   | 50 | $    9,750.00 |
| OM - Global Template Offshore | 40 | 40 | 40 | 40 | 40 | 40 | 40 | 40 | 320 | $  39.00 | $   12,480.00 | 680 | $   26,520.00 |
| PO Lead - Hypercare | 0 | 0 | 0 | 40 | 40 | 40 | 0 | 0 | 120 | $ 195.00 | $   23,400.00 | 280 | $   54,600.00 |
| Subscription Management - Hypercare | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | $ 195.00 | $         -   | 40 | $    7,800.00 |
| Subscription Management - Offshore Global Template | 20 | 20 | 20 | 20 | 20 | 20 | 20 | 20 | 160 | $  39.00 | $    6,240.00 | 320 | $   12,480.00 |
| PO Lead and Offshore Oversight | 12 | 12 | 12 | 12 | 12 | 12 | 12 | 12 | 96 | $ 195.00 | $   18,720.00 | 144 | $   28,080.00 |
| PO - Global Template Offshore | 40 | 40 | 40 | 40 | 40 | 40 | 40 | 40 | 320 | $  39.00 | $   12,480.00 | 680 | $   26,520.00 |
| Finance Lead - Hypercare for Hannover/Sem | 0 | 0 | 0 | 40 | 40 | 40 | 0 | 0 | 120 | $ 195.00 | $   23,400.00 | 280 | $   54,600.00 |
| Finance Lead (Banking Focus) and Intercompany (off-shore) | 40 | 40 | 40 | 40 | 40 | 40 | 40 | 40 | 320 | $  39.00 | $   12,480.00 | 640 | $   24,960.00 |
| Finance Intercompany Lead | 20 | 20 | 20 | 20 | 20 | 20 | 0 | 0 | 140 | $ 180.00 | $   25,200.00 | 240 | $   43,200.00 |
| Costing and PIM Hypercare for Hannover/Sem | 0 | 0 | 0 | 20 | 23 | 20 | 0 | 0 | 60 | $ 195.00 | $   11,700.00 | 140 | $   27,300.00 |
| Costing and PIM Lead - Advanced for US | 20 | 20 | 20 | 20 | 20 | 20 | 10 | 10 | 140 | $ 195.00 | $   27,300.00 | 240 | $   46,800.00 |
| Testing, Training Coordinator, Roles, Cutover Leader (KT to PM) | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | $ 195.00 | $         -   | 160 | $   31,200.00 |
| Senior Project Manager | 40 | 40 | 40 | 40 | 40 | 40 | 40 | 40 | 320 | $ 205.00 | $   65,600.00 | 560 | $  114,800.00 |
| Program Manager | 10 | 10 | 10 | 10 | 10 | 10 | 10 | 10 | 80 | $ 225.00 | $   18,000.00 | 160 | $   36,000.00 |
| Chief Supply Chain Architect | 10 | 10 | 10 | 10 | 10 | 10 | 10 | 10 | 80 | $ 225.00 | $   18,000.00 | 170 | $   38,250.00 |
| Depot Repair | 20 | 20 | 20 | 20 | 20 | 20 | 20 | 20 | 160 | $ 225.00 | $   36,000.00 | 340 | $   76,500.00 |
| Quality | 40 | 40 | 40 | 40 | 40 | 40 | 20 | 20 | 260 | $ 225.00 | $   58,500.00 | 620 | $  139,500.00 |
| Planning/GOP | 40 | 40 | 40 | 40 | 20 | 30 | 10 | 20 | 240 | $ 225.00 | $   54,000.00 | 510 | $  114,750.00 |
| Planning - Offshore | 20 | 20 | 20 | 40 | 40 | 40 | 40 | 20 | 240 | $  90.00 | $   21,600.00 | 460 | $   41,400.00 |
| GOP Lead - Hypercare for Hannover | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | $ 225.00 | $         -   | 80 | $   18,000.00 |
| Manufacturing | 40 | 40 | 40 | 40 | 40 | 40 | 40 | 40 | 320 | $ 195.00 | $   62,400.00 | 680 | $  132,600.00 |
| DEV Team - Offshore | 220 | 220 | 220 | 220 | 220 | 100 | 100 | 100 | 1400 | $  39.00 | $   54,600.00 | 3640 | $  141,960.00 |
| DEV Team - Onshore | 60 | 60 | 60 | 60 | 60 | 60 | 30 | 30 | 390 | $ 160.00 | $   62,400.00 | 930 | $  149,800.00 |
| DEV Lead | 40 | 40 | 40 | 40 | 40 | 30 | 20 | 10 | 200 | $ 180.00 | $   46,800.00 | 650 | $  117,000.00 |
| | | | | | | | | | 5792 | | $  739,270.00 | 13250 | $1,621,790.00 |

| | | |
|---|---|---|
| $   1,621,790.00 | Sub Total for CR |
| $       88,000.00 | Discount |
| $   1,533,790.00 | Total for CR |
| $     230,068.50 | Pre-Payment Due on Signing |

DocuSign Envelope ID: D2474A72-D1BA-4A05-86EC-AC9C87BEE2C5

Perficient Change Request Statement of Work
Proprietary and Confidential

5.4    Amended Payment Terms

Perficient and DZS agree to a new payment solution for this CR.  Perficient will invoice DZS monthly in arrears for services performed (time and materials) and Client will pay to Perficient the amount invoiced, without set off or deduction, within fifteen (15) days from the date of invoice. DZS also agrees that an initial pre-payment of $230,068.50 (15% of total) will be paid upon signature of this CR or prior to the start of the engagement, whichever happens first.  Unless otherwise stated above, services are provided on an estimated time and materials basis.

6    ACCEPTED AND AGREED

An authorized signature on this page by Company indicates its acceptance of this Statement of Work Change Request.

**Perficient, Inc.**                                    **DZS Inc.**

By: _____          By: _____
        9E1B617F1482461...

Name:  Stuart Massey                        Name:  Charlie Vogt

Title:  General Manager                       Title:  CEO

Date:  11/5/2021                                 Date:  11/3/2021